UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| J&J SPORTS PRODUCTIONS, Inc., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civ. Act. No. 15-40002-TSH |
| DANILO E. DUARTE, JAVIER SANCHEZ, and DANANA, INC. d/b/a La Raza, | ) ) ) ) |
| Defendants. | ) ) ) |

## DECISION ON MOTION FOR DEFAULT JUDGMENT (Docket No. 27)

**November 19, 2015**

**HILLMAN, D.J.,**

J&J Sports Productions, Inc. ("J&J Sports") filed suit against Defendants Danilo E. Duarte, Javier Sanchez, and Danana, Inc. alleging that on May 5, 2012, their commercial establishment, La Raza, unlawfully intercepted, received, published, divulged, displayed and/or exhibited *Floyd Mayweather, Jr. v. Miguel Cotto, WBA Super Light Middleweight Championship Fight Program* ("Program"). J&J Sports alleged claims against Defendants for violation of the Communications Act of 1934, 47 U.S.C. § 605, *et seq.* (Count I); The Cable & Television Consumer Protection and Competition Act of 1992, 47 U.S.C. §553, *et seq.* (Count II); the Massachusetts Consumer Protection Act, Mass. Gen. Laws ch. 93A, §§ 2, 11 (Count IV); and a common law claim for conversion (Count III). J&J Sports sought statutory damages, actual damages, and costs (including

attorneys' fees).  Additionally, J&J Sports alleged that it was entitled to multiple damages because Defendants acted willfully or knowingly.

Defendants were served in early 2015 but failed to answer.  On February 18, 2015, the Clerk of the Court entered Default against Duarte and Danana, Inc.  On March 20, 2015, J&J Sports filed a Motion for Default Judgment and Assessment of Damages against Duarte and Danana, Inc.  That motion was granted on October 15, 2015, in the amount of $6,166.22.  On October 6, 2015, the Clerk of the Court entered Default against Sanchez.  On November 5, 2015, J&J Sports filed the instant Motion for Default Judgment and Assessment of Damages as to Sanchez.  The motion (Docket No. 27) is ***granted*** for the reasons set forth in this court's order of October 15, 2015 (Docket No. 26).  Javier Sanchez is jointly and severally liable for the $6,166.22 assessment referenced in that order.

**SO ORDERED.**

                                                  */s/ Timothy S. Hillman*
                                                  **TIMOTHY S. HILLMAN**
                                                  **UNITED STATES DISTRICT JUDGE**